178 F.3d 1280
 Stanley Platts
v.
William M. Lanzaro, Sheriff of Monmouth County, Anthony W.
Pellicane, Director of Corrections, Monmouth County
Correctional Institution, Clifford J. Daniels, Warden,
Monmouth County Correctional Institution, Barbara Mariano,
Aids Liaison, Monmouth County Correctional Institution,
Robert Duda, Officer, Monmouth County Correctional
Institution, David Still, Officer, Monmouth County
Correctional Institution, Antonio Silva, Officer,
 NO. 97-5479
 United States Court of Appeals,
Third Circuit.
 March 22, 1999
 Appeal From: D.N.J. ,No952495
 
 1
 Affirmed.